UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

ROSA GONSALEZ PATLAN,  No. 12-11743

                Debtor(s).
_____/
ROSA GONSALEZ PATLAN,

                Plaintiff(s),

   v.  A.P. No. 12-1129

U.S. BANK, N.A.,

                Defendant(s).
_____/

Memorandum Re Costs
_____

    While plaintiff Rosa Patlan did not prevail in her attempt to defeat all of defendant U.S. Bank's rights in the subject property, she did establish that her interest is not encumbered by the Bank's deed of trust and that her interest is subject only to a modest equitable lien. Accordingly, the court will order that each party bear its own costs.

Dated: January 21, 2013

                                                     _____
                                                     Alan Jaroslovsky
                                                     U.S. Bankruptcy Judge