JEFFREY H. LOWENTHAL
(State Bar No. 111763)
ROBERT W. BIEDERMAN
(State Bar No. 177321)
DANA M. ANDREOLI
(State Bar No. 262068)
STEYER LOWENTHAL
BOODROOKAS ALVAREZ
& SMITH LLP
One California Street, Third Fl.
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Attorneys for Defendant U.S. Bank National Association, successor in interest to Bank of America, National Association, as successor by merger to La Salle Bank, National Association as trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2007-OA4 Trust by Washington Mutual Bank as attorney in fact

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br><br>ROSA GONSALEZ PATLAN,<br><br>Debtor. | CHAPTER 13<br><br>Case No. 12-11743 |
| ROSA GONSALEZ PATLAN,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>Defendant. | ADVERSARY PROCEEDING<br><br>CASE NO. 12-01129<br><br>**FINAL JUDGMENT** |

1   This Court having granted summary judgment in favor of defendant U.S. Bank, National
2   Association, successor in interest to Bank of America, National Association, as successor by
3   merger to LaSalle Bank, National Association as trustee for Washington Mutual Mortgage Pass-
4   Through Certificates WMALT Series 2007-OA4 Trust by Washington Mutual Bank as attorney
5   in fact ("U.S. Bank") on plaintiff Rosa Gonsalez Patlan, Debtor's ("Plaintiff") Complaint to
6   Determine Nature And Extent of Lien (the "Complaint");

7   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as to Plaintiff's First
8   Cause of Action in the Complaint, Plaintiff is barred from contesting U.S. Bank's lien in the
9   amount of Six Hundred Thirty Thousand Three Hundred Three Dollars and Sixty-Five Cents
10  ($630,303.65) based on its Deed of Trust recorded on March 20, 2007 in the Official Records of
11  Sonoma County as Document No. 2007031689 against Fernando Tapia Gonzalez's one-third
12  interest in the property commonly known as 622 Todd Road, Santa Rosa, California and having
13  the following legal description:

> LOT 40, AS NUMBERED AND DESIGNATED UPON THE MAP ENTITLED "MAP OF SUBDIVISION NO. 1 OF SANTA ROSA FARMS, BY SANTA ROSA FARMS CO.," FILED IN THE OFFICE OF THE COUNTY RECORDER OF SONOMA COUNTY ON JANUARY 8, 1909 IN BOOK 23 MAPS, AT PAGE(S) 1, SONOMA COUNTY RECORDS

(the "Property").

IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that, as to Plaintiff's First Cause of Action in the Complaint, U.S. Bank is granted an equitable lien in the amount of Twenty Four Thousand Nine Hundred Fifty-Eight Dollars and No Cents ($24,958.00) against Plaintiff's two-thirds interest in the Property, and has no further right, title or interest in Plaintiff's two-thirds interest in the Property.

IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff take nothing on her Second Cause of Action and Third Cause of Action in the Complaint.

IT IS FUTHER ORDERED, ADJUDGED AND DECREED that each side shall bear its own costs of suit.

-1-

FINAL JUDGMENT

1  Dated: January 21, 2013

Alan Jaroslovsky
U. S. Bankruptcy Judge

-2-

FINAL JUDGMENT